JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CALIFORNIA EVERGREEN FARMS NATIVE AMERICAN CHURCH, et al.,

                    Plaintiffs,

        v.

SHERIFF SHANNON D. DICUS, et al.,

                    Defendants.

Case No.  EDCV 25-1236-GW-DTBx

**ORDER TO DISMISS**

Based upon Plaintiff's Notice of Voluntary Dismissal [30] filed on April 15, 2026, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: April 16, 2026



_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE